**ROBERTS & KEHAGIARAS LLP**
CAMERON W. ROBERTS (State Bar No. 176682)
cwr@tradeandcargo.com
STEPHEN L. BUCKLIN (State Bar No. 119583)
slb@tradeandcargo.com
One World Trade Center, Suite 2350
Long Beach, CA  90831
Telephone: (310) 642-9800
Facsimile: (310) 868-2923

Attorneys for plaintiff
NEW YORK MARINE AND GENERAL INSURANCE COMPANY
and third-party defendants NIGHTLINE EXPRESS, INC.
and AUDIT LOGISTICS, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SAMTA TRANSPORTATION & WAREHOUSING, INC.,<br><br>　　　　Defendant.<br>_____<br>SAMTA TRANSPORTATION & WAREHOUSING, INC.,<br><br>　　　　Third-Party Plaintiff,<br><br>NIGHTLINE EXPRESS, a business entity of unknown form, AUDIT LOGISTICS, a business entity of unknown form, and BRIAN S. BURNS, an individual,<br><br>　　　　Third-Party Defendants.<br>_____ | **Case No. CV12-10740-RZ**<br><br>**[PROPOSED] ORDER** |

Pursuant to the Stipulation of the Parties, and good cause having been shown, this entire action is dismissed, with prejudice, each party to bear its own costs and attorneys' fees.  **IT IS SO ORDERED.**

Date:   July 09, 2013

_____
HONORABLE RALPH ZAREFSKY
United States District Magistrate Judge